HOPE O. ABRAMS v. ALEXANDER ABRAMS.

168 N. W. (2d) 506.

June 6, 1969—No. 41611.

*Andrew P. Engebretson,* for appellant.
*Roger William Kuehn,* for respondent.

Heard before Knutson, C. J., and Otis, Rogosheske, Sheran, and Peterson, JJ.

PER CURIAM.
This appeal from an order of the district court denying defendant's motion for termination or reduction of alimony payable to plaintiff is without merit.
Affirmed.